UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
CHUBB & SON INC., et al.,

                        Plaintiffs,

    - against -

MICHAEL J. KELLEHER, et al.,

                        Defendants.
----------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM AND ORDER**

92 CV 4484 (CBA)

AMON, United States District Judge:

On February 8, 2007, the Court referred this case to the Honorable Robert M. Levy, United States Magistrate Judge, for a Report and Recommendation on a motion by plaintiffs Chubb & Son Inc., Federal Insurance Company, Vigilant Insurance Company, and Sea Insurance Company of America (collectively, "Chubb") for leave to execute judgment against defendant Ezra Rishty against certain funds that are subject to a writ of attachment issued by this Court. Judge Levy issued a Report and Recommendation on June 25, 2007, recommending that Chubb's motion for leave to execute its judgment be granted.

On September 26, 2007, the Court declined to adopt the portion of the June 25, 2007 Report and Recommendation on Chubb's motion to execute its judgment because Rishty had filed a motion to vacate the judgment, which was then pending before Judge Levy. The Court stated that it would consider Chubb's motion to execute the judgment after Judge Levy had issued his Report and Recommendation on Rishty's motion to vacate.

On December 6, 2007, Judge Levy recommended that Rishty's motion be denied, and the Court adopted Judge Levy's Report and Recommendation as its opinion in an Order dated

February 19, 2008. This Court hereby adopts as its opinion Judge Levy's June 25, 2007 Report and Recommendation granting Chubb's motion for leave to execute its judgment against Rishty. The Clerk of the Court is directed to enter judgment in accordance with this order.

SO ORDERED.

Dated: Brooklyn, New York
November 13, 2008

s/Hon. Carol B. Amon
_____
Carol Bagley Amon
United States District Judge