UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CHUBB & SON INC., et al.,

               Plaintiffs,               92 Civ. 4484 (CBA)

   -against-

MICHAEL KELLEHER, et al.,

               Defendants.
----------------------------------------------------------X

CHUBB & SON INC., et al.,

               Plaintiffs,               95 Civ. 0951 (CBA)

   -against-

JAMES KELLEHER, et al.,                       ORDER

               Defendants.
----------------------------------------------------------X

       WHEREAS, the claims between Plaintiffs ("Chubb") and the parties listed below have been resolved,

       IT IS HEREBY Ordered that the counterclaims of Defendants, Criterion Bead & Novelty Corporation, Alan Feingold, Carnival Creations, Inc., Frank Klein and Simon Taub against Chubb are hereby dismissed, with prejudice, and without costs.

Dated: Brooklyn, New York
       October _5_, 2011

s/CBA
_____
Hon. Carol B. Amon
United States Chief District Judge

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court