UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
Chubb & Son Inc., et. al,

                                         Plaintiffs,      **ORDER**

     -against-                               Case No. 92-4484 (TLM)

Marilyn Forem

                                         Defendant,
------------------------------------------------------------------ X

      The Court is in receipt of defendant Marilyn Forem's letter [Rec. Doc. 1603]. To the extent that defendant's letter requests television cameras be allowed into the courtroom during trial, such relief is **DENIED** pursuant to Local Civil Rule 1.8. It is further

      ORDERED that defendant Marilyn Forem is instructed to send all future fax transmissions to the Court to 718-613-2676. It is further

      ORDERED that defendant Marilyn Forem provide the Court via fax with her New York mailing address so that all future correspondence related to this proceeding can be sent to her via fax and United States mail.

      The Clerk of Court is instructed to fax a copy of this order to defendant Marilyn Forem at 516-791-3709.

      **SO ORDERED.**

                                                        _____
                                                         Tucker L. Melançon
                                                         United States District Judge

December 7, 2011
Brooklyn, NY